443 F.2d 1370
 UNITED STATES of America, Plaintiff-Appellee,
v.
James Anthony SYLVA, Defendant-Appellant.
 No. 71-1533.
 United States Court of Appeals, Ninth Circuit.
 July 8, 1971.
 
 Paul M. Goorjian (argued), San Francisco, Cal., for appellant.
 James Bruen, Asst. U.S. Atty. (argued), James L. Browning, Jr., U.S. Atty., F. Steele Langford, Asst. U.S. Atty., San Francisco, Cal., for appellee.
 Before BARNES, JERTBERG and KOELSCH, Circuit Judges.
 PER CURIAM:
 
 
 1
 The judgment appealed from is affirmed. United States v. Cralle, 415 F.2d 1065 (9th Cir. 1969).